# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JAMEEL LATHAM

VERSUS

STATE OF LOUISIANA, THROUGH
THE LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS AND HACKLEY
WILLIS

NO.   2020 CW 0517

**SEPTEMBER 14, 2020**

---

In Re:   State of Louisiana, through the Department of Public
         Safety and Corrections, and Hackley Willis, applying
         for supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 690222.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.**  The district court's June 3, 2020 judgment, ordering a report on any and all outstanding costs owed to the 19th Judicial District Court Clerk of Court by the Department of Public Safety and Corrections in all litigation over which Assistant Attorney General Kathi Logan, Transportation Section Chief, has supervisory authority, is vacated.  The Department of Public Safety and Corrections is statutorily authorized to defer payment of court costs until a final judgment is rendered against it.  See La. R.S. 13:4521(A)(1), 13:4581, & 13:5112(A) & (B).  Moreover, the district court has authorized the instant defendants to proceed without advancing court costs.  Therefore, such a report is unnecessary and irrelevant to the underlying litigation.

PMc
JEW

**Holdridge, J.,** concurs.  The district court may inquire about court costs directly with the Department of Public Safety and Corrections or with its Clerk of Court's office but may not make such inquires as part of this litigation.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT